UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

**FILED**

2007 APR 10 P 4:30

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 3:07CR42 |
| TOBY TOBIAS SENTER, | ) JUDGES Phillips |
| TODD DOUGLAS, | ) Guyton |
| WALTER HOLT, | ) |
| KEITH HICKS, | ) |
| EDDIE DENTON, and | ) |
| also known as "Rusty Denton" | ) |

### TRANSFER ORDER

It appearing that in the above-styled case an indictment was returned in the Greeneville Division of the Eastern District of Tennessee, charging offenses committed in the Knoxville Division of the Eastern District of Tennessee and properly triable in the Knoxville Division,

IT IS ORDERED that the Clerk place said case directly upon the docket for the Knoxville Division without the necessity of placing it upon the docket for the Greeneville Division of this District.

ENTER:

UNITED STATES MAGISTRATE JUDGE