IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-42 (PHILLIPS/GUYTON) |
| TOBY TOBIAS SENTER, TODD DOUGLAS, WALTER HOLT, KEITH HICKS, and EDDIE DENTON, also known as "RUSTY DENTON," | ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Defendant Walter Holt's Motion to Joint Certain Motions Filed by Co-Defendant [Doc. 61] is presently pending before this Court.

Defendant Holt moves to join Co-Defendant Todd Douglas's Motion for Designation as Complex Case [Doc. 38] and Motion for Hearing to Determine Existence of Conspiracy [Doc. 46]. On May 24, 2007, this Court granted Defendant Douglas's Motion for Designation as a complex case. [Doc. 64]. Therefore, Defendant Holt's Motion to Join [Doc. 61] as to Co-Defendant Douglas's Motion for Designation as Complex Case [Doc. 38] is **DENIED as moot**.

In support of his motion to join Co-Defendant Douglas's Motion for Hearing to Determine Existence of Conspiracy [Doc. 46], Defendant Holt states, in full, "Defendant Holt supports this Motion and the Memorandum of Law filed by counsel for defendant Douglas." This

1

part of Defendant's Motion does not satisfy the requirements of the Local Rules, which require motions to include a "[c]oncise statement of the factual and legal grounds which justify the ruling sought from the Court." E.D.TN. LR. 7.1(b). However, since it is apparent from the Indictment [Doc. 15] that the movant is charged with being in a conspiracy involving Todd Douglas, the Court will waive strict application of the rule in this case. Therefore, Defendant Holt's Motion to Join [Doc. 61] as to Co-Defendant Douglas's Motion for Hearing to Determine Existence of Conspiracy [Doc. 46] is **GRANTED**.

Accordingly, Defendant Holt's Motion to Join **[Doc. 61]** is **DENIED as moot** as to Co-Defendant Douglas's Motion for Designation as Complex Case and **GRANTED** as to Co-Defendant Douglas's Motion for Hearing on to Determine Existence of Conspiracy.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge