| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-42 |
| | ) | (PHILLIPS/GUYTON) |
| EDDIE DENTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Defendant Eddie Denton's Motion to Adopt Motions of Co-Defendants [Doc. 73] is presently pending before this Court.

Defendant Denton moves to adopt Co-Defendant Todd Douglas's: Motion for Hearing to Determine Existence of Conspiracy [Doc. 46], Motion to Compel Disclosure [Doc. 51], Motion for Early Production of Jencks/Rule 26.2 Statements [Doc. 52], Motion for Disclosure of Grand Jury Transcripts [Doc. 53], Motion for Disclosure of Impeaching Information [Doc. 54], and Motion for Disclosure of Material Witnesses [Doc. 57]. In support of his motion to join Co-Defendant Douglas's motions, Defendant Denton states, in full, "Comes now the Defendant, Eddie Denton, by and through the undersigned counsel, and moves this Court to enter an Order allowing him to adopt the following motions filed by his co-defendants in this cause, including the memorandum of law filed in support of each motion. . ." and then lists the motions. This part of Defendant's Motion does not satisfy the requirements of the Local Rules, which require motions to include a "[c]oncise statement of the factual and legal grounds which justify the ruling sought from the Court." E.D.TN.

LR. 7.1(b). Defendant's motion contains nothing more than a broad, generalized assertion of desire to adopt other motions, which does not satisfy the clearly articulated requirements of the Local Rules. However, since it is apparent from the Indictment [Doc. 15] that the movant is charged with being in a conspiracy involving Todd Douglas, the Court will allow that adoption. [See Doc. 66].

Therefore, Defendant Denton's Motion to Adopt Motions of Co-Defendants [Doc. 73] is **DENIED**, with the exception of Defendant Denton's Motion to Adopt Defendant Douglas's Motion for Hearing to Determine Existence of Conspiracy [Doc. 46].

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge