UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-42 |
| | ) | (PHILLIPS/GUYTON) |
| TODD DOUGLAS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Defendant Douglas has motions pending before this Court, including his Motion for Miscellaneous Relief [Doc. 79], filed on June 27, 2007.

Defendant moves to withdraw all of his previous motions filed with this Court. [Doc. 79]. The Court finds Defendant's Motion for Miscellaneous Relief [Doc. 79] to be well-taken, and it is **GRANTED**. Accordingly, the following motions are **DENIED as moot**:

- Defendant Todd Douglas's Motion to Dismiss or Alternatively Suppress [Doc. 42];

- Defendant Todd Douglas's Motion to Sever Defendant [Doc. 44] ;

- Defendant Todd Douglas's Motion for Discovery [Doc. 48];

- Defendant Todd Douglas's Motion for Bill of Particulars [Doc. 49];

- Defendant Todd Douglas's Motion to Compel Disclosure of the Existence of Substance of Promises of Immunity, Leniency, or Preferred Treatment [Doc. 51];

- Defendant Todd Douglas's Motion for Discovery: Early Production fo Jencks/Rule 26.2 Statements [Doc. 52];

- Defendant Todd Douglas's Motion for Disclosure of Grand Jury Transcripts [Doc. 53];

- Defendant Todd Douglas's Motion for Disclosure of Impeaching Information [Doc. 54];

- Defendant Todd Douglas's Motion and Notice for Disclosure of any Rule 404(B) Evidence the U.S. seeks to introduce at Trial [Doc. 55];

- Defendant Todd Douglas's Motion for Rule 12(b)(2)(4)(B) Disclosure and for Extension of Time to file Motions to Suppress Evidence [Doc. 56]; and

- Defendant Todd Douglas's Motion for Disclosure of Material Witnesses [Doc. 57].

The Court has allowed Co-Defendants Walter Holt and Eddie Denton to join in Defendant Todd Douglas's Motion for a Hearing to Determine the Existence of a Conspiracy [Doc. 46]. [See Docs. 66, 78]. Therefore, the Motion for a Hearing to Determine the Existence of a Conspiracy [Doc. 46] is **DENIED as moot as to Todd Douglas**, **but remains pending as to Co-Defendants Walter Holt and Eddie Denton**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge